UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-9151-GW-MARx | Date | October 29, 2026 |
| Title | *Robert Moore v. Charter Communications Holding Company, LLC, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| Lesbith Castillo | Araceli Prado | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Bradley Raymond Fagnani | None Present |

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT [14]**

**SCHEDULING CONFERENCE**

The Court's Tentative Ruling on Plaintiff's above-entitled motion [14] was issued on October 26, 2026 [27]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling.

The last day to file an amendment is November 30, 2026 and a reply is due by April 15, 2027. A motion for class certification hearing is set for April 29, 2027.

: 03

Initials of Preparer lca